UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ANDREA THOMPSON**, | ) |
| | ) |
| Plaintiff | ) |
| | ) CASE NO. |
| v. | ) |
| | ) |
| **TOWN OF LIMINGTON, et al.**, | ) |
| | ) |
| Defendants | ) |

**NOTICE OF REMOVAL OF DEFENDANTS**

NOW COME Defendants Town of Limington, Charles Huntress, Darryl Hubbard, Raymond Webb and Bruce Rozett, by and through undersigned counsel, and bring this Notice of Removal pursuant to 28 U.S.C. § 1446 and F.R.Civ.P. 81(c). The representations set forth below are made under Rule 11 of the Federal Rules of Civil Procedure.

1. This cause of action was commenced in Maine Superior Court for York County on or about November 1, 2013, by the filing of a Complaint in that court. Process was served upon one or more Defendants on October 29, 2013.

2. This action is of a civil nature pursuant to 42 U.S.C. § 1983, 42 U.S.C. 2000e and the 14th Amendment to the U.S. Constitution and involves allegations of sexual harassment, gender discrimination, and whistleblower retaliation.

3. Defendants are filing contemporaneously herewith a copy of the State Court Record. Defendants are filing their Answer to Plaintiff's Complaint in federal court, with a copy to the Clerk of the York County Superior Court, and are not filing a responsive pleading in state court.

4. Defendants therefore pray for removal of the above-entitled case from the state court to this Court.

5. This Notice of Removal is filed within thirty (30) days after service of the initial pleadings setting forth the claim for relief upon which this notice of removal is based.

DATED at New Gloucester, Maine, this 18th day of November 2013.

/s/ *Edward R. Benjamin, Jr.*
/s/ *Rosie M. Williams*
Attorneys for Defendants

THOMPSON & BOWIE, LLP
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
ebenjamin@thompsonbowie.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2013, I electronically filed a Notice of Removal of Defendants Town of Limington, Charles Huntress, Darryl Hubbard, Raymond Webb and Bruce Rozett with the Clerk of Court via e-mail at newcases.portland@med.uscourts.gov.  I also certify that I made service of the foregoing, by depositing a true copy of same, on this date, in the U.S. Mail, postage prepaid to:

>Rebecca S. Webber, Esq.
>Skelton, Taintor & Abbott
>95 Main Street
>Auburn, ME  04210


>/s/Edward R. Benjamin, Jr.
>Attorney for Defendants

THOMPSON & BOWIE, LLP
Three Canal Plaza
P. O. Box 4630
Portland, ME  04112
(207) 774-2500
ebenjamin@thompsonbowie.com